UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FREDDIE TUCKER, et al., ) <br> ) <br> Plaintiff(s), ) <br> ) <br> vs. ) <br> ) <br> SOUTH SHORE VILLAS HOMEOWNERS, et al., ) <br> ) <br> Defendant(s). ) <br> ) | Case No. 2:15-cv-00961-JAD-NJK <br><br> ORDER <br><br> (Docket No. 1) |

This matter is before the court on Plaintiff Freddie Tucker's Application to Proceed *In Forma Pauperis* filed May 21, 2015. Docket No. 1. Plaintiff has requested authority, pursuant to 28 U.S.C. § 1915, to proceed *in forma pauperis*. This proceeding was referred to this court by Local Rule IB 1-9.

Plaintiff Freddie Tucker has submitted an incomplete Application to Proceed *In Forma Pauperis*. Plaintiff has not responded fully to question 3 – namely, he fails to state whether he has received any income from any: business, profession or other self-employment; rent, payments, interest or dividends; pension, annuity or life insurance payments; disability or workers' compensation payments; or gifts or inheritances. As a result, the Court cannot determine whether Plaintiff qualifies to proceed *in forma pauperis*, and his Application will be denied without prejudice. The Clerk of the Court shall retain the Complaint.

. . .

. . .

. . .

Accordingly,

**IT IS ORDERED**:

1. Plaintiff Freddie Tucker's Application to Proceed *In Forma Pauperis* (Docket No. 1) is **DENIED WITHOUT PREJUDICE**. The Clerk of Court shall mail Plaintiff a blank application, and Plaintiff shall have until **August 20, 2015,** in which to submit the completed application or pay the $400.00 filing fee. Failure to comply with this order will result in a recommendation to the district judge for dismissal.

2. The Clerk of Court shall retain the Complaint.

DATED: July 20, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge

- 2 -