1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FREDDIE TUCKER, et al., | )<br>) |
| Plaintiff(s), | ) Case No. 2:15-cv-00961-JAD-NJK<br>) |
| vs. | )<br>) ORDER |
| SOUTH SHORE VILLAS HOMEOWNERS, et al., | )<br>) (Docket No. 2) |
| Defendant(s). | )<br>) |

     This matter is before the court on Plaintiff Ida Hanson's Application to Proceed *In Forma Pauperis* filed May 21, 2015. Docket No. 2. Plaintiff has requested authority, pursuant to 28 U.S.C. § 1915, to proceed *in forma pauperis*. This proceeding was referred to this court by Local Rule IB 1-9.

     Plaintiff Ida Hanson has submitted an incomplete Application to Proceed *In Forma Pauperis*. Plaintiff has not responded fully to question 3 – namely, she fails to state whether she has received any income from any: business, profession or other self-employment; rent, payments, interest or dividends; pension, annuity or life insurance payments; gifts or inheritances; or any other sources. As a result, the Court cannot determine whether Plaintiff qualifies to proceed *in forma pauperis*, and her Application will be denied without prejudice. The Clerk of the Court shall retain the Complaint.

. . .

. . .

. . .

Accordingly,

**IT IS ORDERED**:

1. Plaintiff Ida Hanson's Application to Proceed *In Forma Pauperis* (Docket No. 2) is **DENIED WITHOUT PREJUDICE**. The Clerk of Court shall mail Plaintiff a blank application, and Plaintiff shall have until **August 20, 2015,** in which to submit the completed application or pay the $400.00 filing fee. Failure to comply with this order will result in a recommendation to the district judge for dismissal.

2. The Clerk of Court shall retain the Complaint.

DATED: July 20, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge