# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FREDDIE TUCKER, et al.,  <br>        Plaintiffs,  <br>vs.  <br>SOUTH SHORE VILLAS HOMEOWNERS ASSOCIATION, et al.,  <br>        Defendants. | Case No. 2:15-cv-00961-JAD-NJK  <br>ORDER  <br>(Docket No. 12) |

Pending before the Court is Plaintiffs' motion to extend time to file their Amended Complaint. Docket No. 12. For good cause shown, the Court GRANTS Plaintiffs' motion. The deadline for filing their Amended Complaint is hereby extended to October 30, 2015.

IT IS SO ORDERED.

DATED: September 29, 2015.

_____
NANCY J. KOPPE
United States Magistrate Judge