# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FREDDIE TUCKER, et al., | )<br>) |
| Plaintiffs, | ) Case No. 2:15-cv-00961-JAD-NJK<br>) |
| vs. | ) ORDER<br>) |
| SOUTH SHORE VILLAS<br>HOMEOWNERS ASSOCIATION, et al., | ) (Docket No. 13)<br>)<br>) |
| Defendants. | )<br>) |

Pending before the Court is *pro se* Plaintiffs' Request for Electronic Filing, Docket No. 13, which the Court hereby **GRANTS**. Plaintiffs must comply with the following procedures in order to activate their CM/ECF accounts:

1. On or before **October 30, 2015**, Plaintiffs must provide certification that they have completed the CM/ECF tutorial and are familiar with Electronic Filing Procedures, Best Practices, and the Civil & Criminal Events Menu that are accessible on this court's website, www.nvd.uscourts.gov.

2. Plaintiffs are not authorized to file electronically until said certification is filed with the Court within the time frame specified.

3. Upon timely filing of the certification, Plaintiffs shall contact Robert Johnson at the CM/ECF Help Desk at (702) 464-5555 to set up their CM/ECF accounts.

IT IS SO ORDERED.

DATED this 29th day of September, 2015.

_____
NANCY J. KOPPE
United States Magistrate Judge