FREDDIE TUCKER
9029 Airport Boulevard
P.O. Box 90955
Los Angeles, CA 90009-0955
TEL: 702-233-6609
FAX: 800-768-5311
Email: info@fredtucker.me
Plaintiff In Propria Persona

IDA HANSON
9029 Airport Boulevard
P.O. Box 90955
Los Angeles, CA 90009-0955
TEL: 702-233-6609
FAX: 800-768-5311
Plaintiff In Propria Persona

## IN THE UNITED STATE DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| FREDDIE TUCKER<br>IDA HANSON<br>      Plaintiff<br>vs.<br>SOUTH SHORE VILLAS<br>HOMEOWNERS ASSOCIATION,<br>JACQUELINE TAYLOR, ANGIUS<br>AND TERRY COLLECTION, LLC,<br>RESOURCES GROUP, LLC, LIDO<br>ISLE COURT TRUST AND IYAD<br>HADDAD<br>      Defendants | CASE NO.: 2:15-cv-00961-JAD-NJK |

**APPLICATION FOR EXTENSION OF TIME TO
ANSWER, MOVE, OR OTHERWISE REPLY**

DUE DATE: MARCH 23, 2016

We request time to file Amended Complaint be extended to April 23, 2015

We request an additional 30 days to complete and file the Second Amended Complaint due to personal issues and to obtain legal advice. Absent unforeseen circumstances, we do not anticipate requiring any further extensions.

1.

Plaintiffs represent that:

1. One previous extension has been obtained,
2. No Service of Process
3. Time to Answer, Move or otherwise Reply expires on March 23, 2016

I declare under the penalty of perjury that the foregoing is true and correct.

Executed at Los Angeles, California on this 17th day of March, 2016

_____         _____
Freddie Tucker                                                  Ida Hanson

## ORDER

The above application is ORDERED GRANTED extended to April 23, 2016.

ORDER DATED: March 18, 2016

By: _____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

2.