UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Freddie Tucker, et al.,<br><br>　　Plaintiffs<br><br>v.<br><br>South Shore Villas Homeowners Association, et al.,<br><br>　　Defendants | 2:15-cv-00961-JAD-NJK<br><br>**Order Certifying That *In Forma Pauperis* Status Should not Continue on Appeal** |

　　Pro se plaintiffs Freddie Tucker and Ida Hanson sued defendants—for the fifth time—to challenge the sale of Tucker's home at a 2012 foreclosure sale. On January 10, 2017, I granted defendants' dismissal motion and declared plaintiffs vexatious litigants as to any future claim arising from the foreclosure sale against defendants and those in privity with them. After I denied plaintiffs' motion to reconsider my dismissal order, they appealed the order to the Ninth Circuit. The Ninth Circuit has referred the case to me for the limited purpose of determining whether *in forma pauperis* status should continue on appeal or whether the appeal is frivolous or taken in bad faith. For the reasons set forth in my dismissal order and my order denying plaintiffs' motion to reconsider, I HEREBY CERTIFY that the appeal is frivolous and taken in bad faith and that *in forma pauperis* status should not continue on appeal.

　　Dated this 5th day of April, 2017.

_____
Jennifer A. Dorsey
United States District Judge